## AFFIDAVIT OF SERVICE BY REGULAR MAIL AND EMAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

NADINE SHARIFF, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age and on July 7, 2017, I served one (1) copy of the annexed **MEMORANDUM OF LAW IN RESPONSE TO PLAINTIFF'S OPPOSITION AND IN FURTHER SUPPORT OF DEFENDANT MICHAEL SOLO'S MOTION TO DISMISS THE AMENDED COMPLAINT** in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

> K.C. Okoli, Esq.
> Law Offices of K.C. Okoli, P.C.
> 330 Seventh Avenue, 15th Floor
> New York, New York 10001

_____
NADINE SHARIFF

Sworn to before me this
7th day of July, 2017

_____
NOTARY PUBLIC

KISHA TAYLOR
NOTARY PUBLIC, State of New York
No. 01TA6202946
Qualified in Kings County
Commission Expires 03/23/2021

.NYC-Legal:186810